joint use. These facts are distinguished from those of *In re Mars, Inc.*, 741 F.2d 395, 222 USPQ 938 (Fed.Cir.1984), in which we found no likelihood of confusion between the applicant's mark CANYON for candy bars and a prior registrant's identical mark for fresh citrus fruit. The cumulative effect of all contributing factors must be weighed, as each case is decided on its own facts. *Massey Junior College, Inc. v. Fashion Institute of Technology*, 492 F.2d 1399, 1404, 181 USPQ 272, 275–76 (CCPA 1974). To the extent that any doubts may remain, it is proper that they be resolved in favor of the prior registrant. *In re Pneumatiques, Caoutchouc Manufacture et Plastiques Kleber-Colombes*, 487 F.2d 918, 179 USPQ 729 (CCPA 1973).

 After reviewing the entire record and weighing all relevant factors, we hold that there is a likelihood of confusion within the meaning of 15 U.S.C. § 1052(d) between the marks MARTIN'S for wheat bran and honey bread and MARTIN'S for cheese.

The decision of the Board is affirmed.

AFFIRMED.

Kenneth E. Payne, Finnegan, Henderson, Farabow, Garrett & Dunner, Washington, D.C., argued for appellee. With him on the brief were Bruce C. Zotter and Richard L. Stroup, Washington, D.C.

Before FRIEDMAN, DAVIS and BALDWIN, Circuit Judges.

PER CURIAM.

The judgment of the United States District Court for the Southern District of Ohio is affirmed on the opinion of that court. 561 F.Supp. 16, 222 USPQ 399. That court's factual findings were not clearly erroneous, its decisions of legal issues were correct, and insofar as discretion was involved, it did not abuse its discretion.

AFFIRMED.

---

**C. VAN DER LELY N.V.,**
**Appellee/Cross-Appellant,**

v.

**F. LLI MASCHIO S.n.c.,**
**Appellant/Cross-Appellee.**

**Appeal Nos. 84–1119, 84–1145.**

United States Court of Appeals,
Federal Circuit.

Nov. 28, 1984.

Charles L. Gholz, Oblon, Fisher, Spivak, McClelland & Maier, Arlington, Va., argued for appellant. With him on the brief were Robert E. Stebens and Patrick P. Phillips, Columbus, Ohio.

**Dudley J. GODFREY, Jr.,**
**Appellant/Cross-Appellee,**

v.

**UNITED STATES,**
**Appellee/Cross-Appellant.**

**Nos. 84–801, 84–831.**

United States Court of Appeals,
Federal Circuit.

Nov. 30, 1984.

